1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Donald L. Ridge, SBN 132171
Email: *dridge@mpplaw.com*
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, Twenty-Fourth Floor
Los Angeles, CA 90017
Tel: (213) 891-9100
Fax: (213) 488-1178

George I. Lee (*pro hac vice*)
Email: *lee@mbhb.com*
**MCDONNELL BOEHNEN HULBERT
    & BERGHOFF LLP**
300 South Wacker Drive
Chicago, IL 60606
Tel: (312) 913-0001
Fax: (312) 913-0002

*Attorneys for Case No. 14-CV-48*
*Defendant Sonos, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| BLACK HILLS MEDIA, LLC, | Case No. 14-CV-00486 SJO (PJWx) |
|---|---|
| Plaintiff, | |
| v. | **Hon. S. James Otero** |
| | **Magistrate Judge Patrick J. Walsh** |
| SONOS, INC., | |
| Defendant. | **NOTICE OF WITHDRAWAL OF DEFENDANT'S SUPPLEMENTAL MEMORANDUM TO JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF WITHHELD DOCUMENTS** |
| | Hearing Date: Wednesday, July 9, 2014 |
| | Hearing Time: 10:30 a.m. |
| | Location: Courtroom No. 23 |
| | Pre-Trial Conf: March 2, 2015 |
| | Trial Date: April 14, 2015 |
| | Discovery Cut-off Date: August 4, 2014 |
| | Action Filed: January 21, 2014 |

1    Defendant Sonos, Inc. ("Sonos") hereby withdraws its Supplemental

2  Memorandum to the Joint Stipulation Regarding Defendant's Motion to Compel

3  Production of Withheld Documents.

4

5                                          Respectfully submitted,

6    Dated:  July 2, 2014

7                                          By:   */George I. Lee/*
                                               George I. Lee (*pro hac vice*)
8

9                                          **MCDONNELL BOEHNEN**
                                           **HULBERT & BERGHOFF LLP**
10
                                           ***Attorneys for Defendant***
11                                         ***Sonos, Inc.***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28